764 A.2d 42

COMMONWEALTH of Pennsylvania, Appellant,

v.

Isaac Lamar McCOY, a/k/a Isaac Lynarr McCoy, Appellee.

Supreme Court of Pennsylvania.

Submitted Oct. 13, 2000.

Decided Jan. 16, 2001.

James Robert Gilmore, Pittsburgh, for Commonwealth of Pennsylvania.

Patrick J. Thomassey, Monroeville, for Isaac Lamar McCoy.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## *ORDER*

PER CURIAM.

Based upon our decision in *Commonwealth v. Albert*, 563 Pa. 133, 758 A.2d 1149 (2000), the Order of the Allegheny County Common Pleas Court is reversed and the matter is remanded for further proceedings.

Jurisdiction is relinquished.